■ THE CORCORAN GROUP REAL ESTATE, Appellant, v GRACE DE LIBERO, Respondent. [936 NYS2d 540]

Plaintiff's motion for renewal of its petition to confirm an arbitration award was supported by evidence, not submitted on the prior application, showing that plaintiff timely re-filed the petition under the terms of the order dismissing the original petition on technical grounds. Under the circumstances, we find that plaintiff has demonstrated a "reasonable justification for the failure to present [the new] facts on the prior motion" (CPLR 2221 [e] [3]). Accordingly, plaintiff is entitled to renewal, and, upon renewal, to confirmation of the award, defendant having failed to raise any substantive grounds for denial of that relief on the merits. Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and DeGrasse, JJ.